**I. (c) Plaintiff Attorneys:**

Aaron F. Reitz
Deputy Attorney General for Legal Strategy
Lead Counsel
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

Leif A. Olson
Chief, Special Litigation Division
Texas Bar No. 24032801
leif.olson@oag.texas.gov

Ryan Walters
Special Counsel
Texas Bar No. 240105085
ryan.walters@oag.texas.gov

Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-1139
Fax: (512) 474-2697

**I. (a) Defendants:**

UNITED STATES DEPARTMENT OF JUSTICE;

MERRICK GARLAND, in his official capacity as United States Attorney General;

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION;

CHARLOTTE A. BURROWS, in her official capacity as Chair of the U.S Equal Employment Opportunity Commission;

JOCELYN SAMUELS, in her official capacity as Vice Chair of the U.S Equal Employment Opportunity Commission;

KEITH E. SONDERLING, in his official capacity as Commissioner of the U.S Equal Employment Opportunity Commission;

ANDREA R. LUCAS, in her official capacity as Commissioner of the U.S Equal Employment Opportunity Commission;

CHRISTOPHER W. LAGE, in his official capacity as General Counsel of the Equal Employment Opportunity Commission;

UNITED STATES DEPARTMENT OF HOMELAND SECURITY;

ALEJANDRO MAYORKA, in his official capacity as Secretary of Homeland Security ;

U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT;

TAE D. JOHNSON, in his official capacity as Acting Commissioner of U.S. Customs & Border Protection;

DEPARTMENT OF HOMELAND SECURITY, OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES;

PETER E. MINA, in his official capacity as Senior Official Performing the Duties of the Civil Rights and Civil Liberties Officer;

FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA);

DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency (FEMA); and

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States