UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

   *Plaintiff*,

v.

MERRICK GARLAND, et al.,

   *Defendants.*

No. _____

## CERTIFICATE OF INTERESTED PERSONS

In accordance with the Local Rules of the Northern District of Texas, Plaintiffs' counsel certify that, other than the State of Texas; Merrick Garland; United States Department of Justice; Charlotte A. Burrows; Jocelyn Samuels; Keith E. Sonderling; Andrea R. Lucas; Christopher W. Lage; Equal Employment Opportunity Commission; Alejandro Mayorkas; United States Department of Homeland Security; Tae D. Johnson; U.S. Immigrations and Customs Enforcement; Peter E. Mina; Office for Civil Rights and Civil Liberties; Deanne Criswell; Federal Emergency Management Administration; and Joseph R. Biden, Jr., they are unaware of any person with an interest in the outcome of this case.

Dated February 15, 2023.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

Office of the Attorney General of Texas

*/s/ Aaron F. Reitz*
AARON F. REITZ
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

leif.olson@oag.texas.gov

J. Aaron Barnes
Special Counsel
Texas Bar No. 24099014
aaron.barnes@oag.texas.gov

Ethan Szumanski
Assistant Attorney General
Texas Bar No. 24123966
leif.olson@oag.texas.gov

**Counsel for the State of Texas**

2