# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| State of Texas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-00034-H |
| Merrick Garland, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Texas.

Date: 02/21/2023

/s/Robert Henneke
*Attorney's signature*

Robert Henneke / TX Bar No. 24046058
*Printed name and bar number*

Texas Public Policy Foundation
901 Congress Avenue
Austin, Texas 78701
*Address*

rhenneke@texaspolicy.com
*E-mail address*

(512) 472-2700
*Telephone number*

(512) 472-2728
*FAX number*