AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| State of Texas | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-00034-H |
| Merrick Garland, in his official capacity, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Merrick Garland, in his official capacity as Attorney General, et al.

Date:  02/27/2023

/s/Courtney D. Enlow
*Attorney's signature*

Courtney D. Enlow (NC Bar No. 46578)
*Printed name and bar number*

U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12102
Washington, DC 20005
*Address*

courtney.d.enlow@usdoj.gov
*E-mail address*

(202) 616-8467
*Telephone number*

(202) 616-8470
*FAX number*