IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**,<br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*,<br>　　　　　　　　Defendants. | Case No. 5:23-cv-00034-H |

## DEFENDANTS' MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1406 and 28 U.S.C. § 1404(a), Defendants move to transfer this action to the U.S. District Court for the District of Columbia or the Austin Division of the U.S. District Court for the Western District of Texas. In support of this motion, the Court is respectfully referred to Defendants' accompanying brief. A proposed order accompanies this motion.

## CERTIFICATE OF CONFERENCE

I certify that on February 27, 2023, undersigned counsel conferred with counsel for Plaintiff regarding this motion and was informed that Plaintiff opposes Defendants' motion to transfer.

Dated: February 27, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Senior Counsel
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov
