UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br><br> Plaintiff, <br><br> v. <br><br> **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br><br> Defendants. | Case No. 5:23-cv-00034-H |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO TRANSFER VENUE**

Upon consideration of Defendants' Motion to Transfer Venue, it is ORDERED that:

- Defendants' Motion is GRANTED; and

- The Clerk shall TRANSFER this case to [the U.S. District Court for the District of Columbia / the Austin Division of the U.S. District Court for the Western District of Texas].

IT IS SO ORDERED.

Dated: _____        _____
                                                                         Honorable James Wesley Hendrix
                                                                         UNITED STATES DISTRICT JUDGE