IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**STATE OF TEXAS**,

          Plaintiff,

v.

**MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*,

          Defendants.

Case No. 5:23-cv-00034-H

### DEFENDANTS' MOTION TO STAY

Defendants move to temporarily stay further proceedings in this case pending resolution of Defendants' Motion to Transfer Venue, ECF No. 9. In support of this motion, the Court is respectfully referred to Defendants' accompanying brief. A proposed order accompanies this motion.

### CERTIFICATE OF CONFERENCE

I certify that on March 2, 2023, undersigned counsel conferred with counsel for Plaintiff regarding this motion and was informed that Plaintiff opposes Defendants' motion to stay.

Dated: March 2, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, D.C. 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 2, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

              */s/Courtney D. Enlow*
              COURTNEY D. ENLOW
              Senior Counsel
              United States Department of Justice
              Civil Division, Federal Programs Branch
              1100 L Street, N.W.
              Washington, D.C. 20005
              Tel: (202) 616-8467
              Fax: (202) 616-8470
              Email: courtney.d.enlow@usdoj.gov