UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**,         Plaintiff,<br><br>v.<br><br>**MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*,<br>        Defendants. | Case No. 5:23-cv-00034-H |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STAY**

Upon consideration of Defendants' Motion to Stay, it is ORDERED that:

- Defendants' Motion is GRANTED;

- The case is STAYED pending resolution of Defendants' Motion to Transfer Venue, ECF No. 9; and

- If the Court denies Defendants' pending Motion to Transfer Venue, the Parties shall confer and file a joint status report within 14 days of the Court's ruling proposing a deadline for Defendants' response to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated: _____            _____
                                                     Honorable James Wesley Hendrix
                                                     UNITED STATES DISTRICT JUDGE