CAUSE NO. 5:23-CV-00034-H

| | | |
|---|---|---|
| State of Texas | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | THE NORTHERN DISTRICT OF TEXAS |
| | § | |
| United States Department of Justice, et al | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 21, 2023, 2:07 pm**,

**SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT, EXHIBIT A, CIVIL COVER SHEET, CIVIL COVER SHEET ADDITIONAL PAGES, CERTIFICATE OF INTERESTED PERSONS, AMENDED COMPLAINT, EXHIBIT A,**

and was executed at **1100 Commerce Street Third Floor, Dallas , Texas 75242** within the county of **Dallas** at **10:33 AM** on **Fri, Feb 24 2023**, by delivering a true copy to the within named

**ANDREA R. LUCAS, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ACCEPTED BY VICTORIA WILLIAMS, LEGAL ADMINISTRATIVE REPRESENTATIVE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Krystal Jones**, my date of birth is **1/2/1984**, and my address is **4425 W AIRPORT FWY., SUITE 356, IRVING, TX 75062**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TEXAS**, on **February 24, 2023**.

**Krystal Jones**
**Certification Number: PSC 10814**
**Certification Expiration: 3/31/23**