CAUSE NO. 5:23-CV-00034-H

| | | |
|---|---|---|
| **State of Texas** | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | THE NORTHERN DISTRICT OF TEXAS |
| | § | |
| **United States Department of Justice, et al** | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 21, 2023, 2:07 pm**,

SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT, EXHIBIT A, CIVIL COVER SHEET, CIVIL COVER SHEET ADDITIONAL PAGES, CERTIFICATE OF INTERESTED PERSONS, AMENDED COMPLAINT, EXHIBIT A,

and was executed at **1100 Commerce Street Third Floor, Dallas , Texas 75242** within the county of **Dallas** at **10:33 AM** on **Fri, Feb 24 2023**, by delivering a true copy to the within named

CHRISTOPHER W. LAGE, IN HIS OFFICIAL CAPACITY AS GENERAL COUNSEL OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ACCEPTED BY VICTORIA WILLIAMS, LEGAL ADMINISTRATIVE REPRESENTATIVE

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Krystal Jones**, my date of birth is **1/2/1984**, and my address is **4425 W AIRPORT FWY., SUITE 356, IRVING, TX 75062**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TEXAS**, on **February 24, 2023**.

_____

**Krystal Jones**
**Certification Number: PSC 10814**
**Certification Expiration: 3/31/23**