UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General, et al.,<br><br>    Defendants. | No. 5:23-CV-034-H |

### ORDER

    Before the Court is the defendants' Motion to Stay (Dkt. No. 11). In their brief in support, the defendants ask the Court to stay the case pending resolution of their Motion to Transfer (Dkt. No. 9). Dkt. No. 12 at 2. The motion is granted in part. The defendants' deadline to file a responsive pleading to Texas's Amended Complaint (Dkt. No. 4) is stayed until further order of the Court. No other deadlines are affected by this order.

    So ordered on March 6, 2023.

                                              _____
                                              JAMES WESLEY HENDRIX
                                              UNITED STATES DISTRICT JUDGE