UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    *Defendants.* | No. 5:23-cv-34-H |

## NOTICE OF APPEARANCE OF COUNSEL

Ethan Szumanski appears as counsel for the State of Texas. His contact information is contained in the signature block.

Dated March 20, 2023.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Respectfully submitted.

Aaron F. Reitz
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

Leif A. Olson
Chief, Special Litigation Division
Texas Bar No. 24032801
leif.olson@oag.texas.gov

J. Aaron Barnes
Special Counsel
Texas Bar No. 24099014
aaron.barnes@oag.texas.gov

*/s/ Ethan Szumanski*
Ethan Szumanski
Assistant Attorney General
Texas Bar No. 24123966
ethan.szumanski@oag.texas.gov

Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

Robert Henneke
Texas Bar No. 24026058
rhenneke@texaspolicy.com

Chance Weldon

        Texas Bar No. 24076767
        cweldon@texaspolicy.com

        Matthew Miller
        Texas Bar No. 24046444
        mmiller@texaspolicy.com

        Nate Curtisi
        Arizona Bar No. 033342
        ncurtisi@texaspolicy.com

        **Counsel for the State of Texas**

## Certificate of Service

I certify that on March 20, 2023, this notice was filed through the Court's CM/ECF system, which served it upon all counsel of record.

        */s/ Ethan Szumanski*