UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br><br> Plaintiff, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General, *et al.*, <br><br> Defendants. | No. 5:23-cv-34-H |

**ORDER DENYING MOTION TO TRANSFER**

The Defendants' Motion to Transfer Venue (Dkt. No. 10) is denied.

Signed at Lubbock, Texas, on _____, 2023.

_____
James Wesley Hendrix
United States District Judge