# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

**STATE OF TEXAS**,

                Plaintiff,

  v.

**MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*,

                Defendants.

Case No. 5:23-cv-00034-H

## DEFENDANTS' APPENDIX
## IN SUPPORT OF THEIR REPLY TO THE MOTION TO TRANSFER VENUE

### Table of Appendix

| Bates Stamps | Description |
|---|---|
| Appx1 | Chart of Suits by Plaintiff Texas vs. the Federal Government in Texas Federal Courts |

Dated: April 3, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

*/s/ Michael J. Gaffney*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Senior Trial Counsel
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

Tel: (202) 514-2356
Fax: (202) 616-8470
Email: michael.j.gaffney@usdoj.gov

*Counsel for Defendants*

### Suits by Plaintiff Texas vs. the Federal Government in Texas Federal Courts

| # | Case Name | Docket | Filed | District (Division) | Judge | Odds of drawing judge | Issue |
|---|---|---|---|---|---|---|---|
| 1 | Texas v. United States | 6:21-cv-00003 | 1/22/2021 | S.D. Tex. (Victoria) | Tipton | 100 | Deportation pause |
| 2 | Texas v. Biden | 3:21-cv-00065 | 3/17/2021 | S.D. Tex. (Galveston) | Brown | 100 | XL Pipeline |
| 3. | Texas v. United States | 6:21-cv-00016 | 4/6/2021 | S.D. Tex. (Victoria) | Tipton | 100 | Immigration Enforcement Priorities |
| 4. | Texas v. Biden | 2:21-cv-00067 | 4/13/2021 | N.D. Tex. (Amarillo) | Kacsmaryk | 95 | Suspension of Migrant Protection Protocols |
| 5. | Texas v. Biden | 4:21-cv-00579 | 4/22/2021 | N.D. Tex. (Fort Worth) | Pittman | 45 | Title 42 / COVID |
| 6. | Texas v. Yellen | 2:21-cv-00079 | 5/3/2021 | N.D. Tex. (Amarillo) | Kacsmaryk | 95 | ARPA Funding |
| 7. | Texas v. Brooks-Lasure | 6:21-cv-00191 | 5/14/2021 | E.D. Tex. (Tyler) | Barker | 50 | Medicaid Demonstration Project |
| 8. | Texas v. EEOC | 2:21-cv-00194 | 9/20/2021 | N.D. Tex. (Amarillo) | Kacsmaryk | 95 | EEOC Gender Identity Protection |
| 9. | Missouri v. Biden | 6:21-cv-00052 | 10/21/2021 | S.D. Tex. (Victoria) | Tipton | 100 | Border Wall |
| 10. | Texas v. Biden | 3:21-cv-00309 | 10/29/2021 | S.D. Tex. (Galveston) | Brown | 100 | Contractor Vaccine Mandate |
| 11. | Texas v. Becerra | 2:21-cv-00229 | 11/15/2021 | N.D. Tex. (Amarillo) | Kacsmaryk | 95 | CMS Vaccine Mandate |
| 12. | Texas v. Becerra | 5:21-cv-00300 | 12/10/2021 | N.D. Tex (Lubbock) | Hendrix | 64 | Head Start Vaccine Mandate |
| 13. | Abbott v. Biden | 6:22-cv-00003 | 1/4/2022 | E.D. Tex. (Tyler) | Barker | 50 | COVID Mandate for National Guard |
| 14. | Texas v. Biden | 2:22-cv-00014 | 1/28/2022 | N.D. Tex. (Amarillo) | Lynn* | 5 | Central American Minors Program |
| 15. | Texas v. Biden | 6:22-cv-00004 | 2/10/2022 | S.D. Tex. (Victoria) | Tipton | 100 | Minimum Wage for Contractors |
| 16. | Van Duyne v. CDC | 4:22-cv-00012 | 2/16/2022 | N.D. Tex. (Fort Worth) | O'Connor | 45 | Airline Mask Mandate |
| 17. | Paxton v. Richardson | 4:22-cv-00143 | 2/24/2022 | N.D. Tex. (Fort Worth) | Pittman | 45 | Firearms Suppressors |
| 18. | Texas v. Walensky | 6:22-cv-00013 | 4/22/2022 | S.D. Tex. (Victoria) | Tipton | 100 | Title 42 / COVID |
| 19. | Texas v. Mayorkas | 2:22-cv-00094 | 4/28/2022 | N.D. Tex. (Amarillo) | Kacsmaryk | 95 | Credible Fear Screening |
| 20. | Texas v. Becerra | 5:22-cv-00185 | 7/14/2022 | N.D. Tex (Lubbock) | Hendrix | 64 | Post-*Dobbs* Abortion Guidance |
| 21. | Texas v. Becerra | 3:22-cv-00419 | 12/12/2022 | S.D. Tex. (Galveston) | Brown | 100 | Religiously Affiliated Adoptions |
| 22. | Texas v. Mayorkas | 6:23-cv-00001 | 1/5/2023 | S.D. Tex. (Victoria) | Tipton | 100 | Public Charge Rule |
| 23. | Texas v. EPA | 3:23-cv-00017 | 1/18/2023 | S.D. Tex. (Galveston) | Brown | 100 | New Clean Water Act Rules |
| 24. | Texas v. HHS | 4:23-cv-00066 | 1/18/2023 | N.D. Tex. (Fort Worth) | Means | 10 | Medicare Funding/ Abortions |
| 25. | Texas v. DHS | 6:23-cv-00007 | 1/24/2023 | S.D. Tex. (Victoria) | Tipton | 100 | Immigration Parole |
| 26. | Utah v. Walsh | 2:23-cv-00016 | 1/26/2023 | N.D. Tex. (Amarillo) | Kacsmaryk | 100 | Pension Trust Asset Investments |
| 27. | Texas v. Becerra | 7:23-cv-00022 | 2/7/2023 | W.D. Tex. (Midland) | Counts | 100 | Medicare & Medicaid Pharmacies/ Abortion |
| 28. | Texas v. ATF | 6:23-cv-00015 | 2/9/2023 | S.D. Tex (Victoria) | Tipton | 100 | ATF Stabilizing Braces Ban |
| 29. | Texas v. Garland | 5:23-cv-00034 | 2/15/2023 | N.D. Tex (Lubbock) | Hendrix | 67 | Quorum Clause/Proxy Voting in House |
| 30. | Texas v. DOI | 7:23-cv-00047 | 3/21/2023 | W.D. Tex. (Midland) | Counts | 100 | Lesser-Prairie Chicken USFS Rule |

Total by Division/Judge

| | |
|---|---|
| Victoria (Tipton): | 8 |
| Amarillo (Kascmaryk): | 6 |
| Galveston (Brown): | 4 |
| Lubbock (Hendrix): | 3 |
| Tyler (Barker): | 2 |
| Fort Worth (Pittman) | 2 |
| Fort Worth (O'Connor) | 1 |
| Fort Worth (Means) | 1 |
| Amarillo (Lynn) | 1 |
| Midland (Counts) | 2 |

\* -- Only after drawing Chief Judge Lynn (a 5% chance at the time, but no longer possible), Texas moved to designate the case as related to another case pending before Judge Kacsmaryk Chief Judge Lynn denied the motion and transferred the case to Dallas.

Gray: Division in which one judge hears 60% or more of all cases

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

> _/s/Michael J. Gaffney_
> MICHAEL J. GAFFNEY
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Washington, D.C. 20005
> Tel: (202) 514-2356
> Fax: (202) 616-8470
> Email: michael.j.gaffney@usdoj.gov