UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    *Plaintiff*,

v.

MERRICK GARLAND, *et al.*,

    *Defendants*.

No. 5:23-cv-34-H

### Texas's Motion to Exceed Page Limitations

Texas requests that the Court extend the page limitations for its motion for preliminary injunction, the Defendants' response, and any reply. There is good cause for this extension, which is not sought for delay.

The federal statute at issue is 1,653 pages long and appropriates $1.7 trillion to fund many areas of the federal government, including the Department of Homeland Security's Alternative to Detention Case Management Pilot Program. It also expands protections to pregnant employees, meaning an analysis of previous state and federal law are relevant and required to understand the full extent of the expansion covered under the act at issue. Finally, Texas's claims concern issues of first impression that have nationwide effects.

Both Texas and the Defendants require additional pages to adequately brief these issues for the Court's decision. Texas therefore respectfully requests that the Court set limitations of 50 pages for Texas's preliminary-injunction motion and the Defendants' opposition and 25 pages for Texas's reply.

<div style="display: flex;">

<div>

Dated April 4, 2023.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

</div>

<div>

Respectfully submitted.

Aaron F. Reitz
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

Leif A. Olson
Chief, Special Litigation Division
Texas Bar No. 24032801
leif.olson@oag.texas.gov

J. Aaron Barnes
Special Counsel
Texas Bar No. 24099014
aaron.barnes@oag.texas.gov

*/s/ Ethan Szumanski*
Ethan Szumanski
Assistant Attorney General
Texas Bar No. 24123966
ethan.szumanski@oag.texas.gov

Robert Henneke
Texas Bar No. 24026058
rhenneke@texaspolicy.com

Chance Weldon
Texas Bar No. 24076767
cweldon@texaspolicy.com

Matthew Miller
Texas Bar No. 24046444
mmiller@texaspolicy.com

Nate Curtisi
Arizona Bar No. 033342
ncurtisi@texaspolicy.com

**Counsel for the State of Texas**

</div>

</div>

### Certificate of Conference

I certify that I conferred with counsel for Defendants on April 4, 2023, and Defendants informed me that they do not oppose this motion.

*/s/ Ethan Szumanski*

### Certificate of Service

I certify that on April 4, 2023, this motion to exceed page limitations was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Ethan Szumanski*