UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    *Plaintiff*,

v.

MERRICK GARLAND, *et al.*,

    *Defendants.*

No. 5:23-cv-34-H

## ORDER GRANTING ADDITIONAL PAGES

On Texas's motion, the motion for preliminary injunction motion and the opposition to that motion are each limited to 50 pages, and any reply is limited to 25 pages.

Signed on _____, at Lubbock, Texas.

_____
James Wesley Hendrix
United States District Judge