UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    *Defendants.* | No. 5:23-cv-34-H |

### Texas's Motion for Preliminary Injunction

The State of Texas moves that the Court issue a preliminary injunction prohibiting the Court from enforcing the Consolidated Appropriations Act, 2023. It supports that motion with the accompanying brief.

Dated April 4, 2023.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Respectfully submitted.

AARON F. REITZ
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
leif.olson@oag.texas.gov

J. AARON BARNES
Special Counsel
Texas Bar No. 24099014
aaron.barnes@oag.texas.gov

*/s/ Ethan Szumanski*
ETHAN SZUMANSKI
Assistant Attorney General
Texas Bar No. 24123966

<div style="columns:2">

Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

ethan.szumanski@oag.texas.gov

Robert Henneke
Texas Bar No. 24026058
rhenneke@texaspolicy.com

Chance Weldon
Texas Bar No. 24076767
cweldon@texaspolicy.com

Matthew Miller
Texas Bar No. 24046444
mmiller@texaspolicy.com

Nate Curtisi
Arizona Bar No. 033342
ncurtisi@texaspolicy.com

</div>

**Counsel for the State of Texas**

## Certificate of Conference

I certify that I conferred with counsel for the Defendants on April 4, 2023. They informed me that the Defendants oppose this motion.

*/s/ Ethan Szumanski*

## Certificate of Service

I certify that on April 4, 2023, this motion was filed through the Court's CM/ECF system, which serves it upon all counsel of record.

*/s/ Ethan Szumanski*