UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    *Plaintiff*,

v.

MERRICK GARLAND, *et al.*,

    *Defendants*.

No. 5:23-cv-34-H

# PRELIMINARY INJUNCTION

The Court concludes that:

1. Texas is likely to prevail on the merits of its claims.

2. Texas is suffering, and in the absence of a preliminary injunction will continue to suffer, irreparable harm as a result of the Defendants' actions.

3. The public interest is served by enjoining the Defendants from enforcing the Consolidated Appropriations Act, 2023, and the balance of equities favors enjoining them from doing so.

Based on those conclusions, the Defendants and their officers, agents, and employees are prohibited from taking any action to enforce the Consolidated Appropriations Act, 2023, Pub. L. No. 117-328, 136 Stat. 4459 (2022). The Defendants must notify all relevant officers, agents, and employees of this injunction.

    Signed on _____, at Lubbock, Texas.

                                                                                                                 James Wesley Hendrix
                                                                                                  United States District Judge