UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.                                                                  No. 5:23-CV-034-H

MERRICK GARLAND, in his official
capacity as Attorney General, et al.,

    Defendants.

## ORDER

Before the Court is Texas's Motion to Exceed Page Limitations. Dkt. No. 36. Texas requests that the page limits for briefing on the preliminary-injunction motion be extended to 50 pages for Texas's initial brief and the defendants' response brief and to 25 pages for Texas's reply. *Id.* at 1. Texas also indicates that the motion is unopposed. *Id.* at 3. For the reasons stated in the motion, the motion is granted.

So ordered on April 5, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE