# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br><br>  Plaintiff, <br><br> v. <br><br> **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br><br>  Defendants. | Case No. 5:23-cv-00034-H |

## DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION DEADLINES OR, IN THE ALTERNATIVE, TO EXTEND RESPONSE DEADLINE

Defendants move to temporarily stay the deadlines pertaining to Plaintiff's Motion for Preliminary Injunction, ECF No. 37, pending resolution of Defendants' Motion to Transfer Venue, ECF No. 9. In the alternative, Defendants move that the deadline to respond to Plaintiff's Motion for a Preliminary Injunction be extended to May 4, 2023. In support of this motion, the Court is respectfully referred to Defendants' accompanying brief. A proposed order accompanies this motion.

### CERTIFICATE OF CONFERENCE

I certify that on April 4, 2023, undersigned counsel conferred with counsel for Plaintiff regarding this motion. Plaintiff opposes Defendants' request to stay deadlines, but consents to Defendants' request to extend Defendants' response deadline to May 4, 2023.

Dated: April 6, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

/s/ *Michael J. Gaffney*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Senior Trial Counsel
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: michael.j.gaffney@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                                  /s/Michael J. Gaffney
                                                  MICHAEL J. GAFFNEY
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, N.W.
                                                  Washington, D.C. 20005
                                                  Tel: (202) 514-2356
                                                  Fax: (202) 616-8470
                                                  Email: michael.j.gaffney@usdoj.gov