UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**,<br><br>              Plaintiff,<br><br>     v.<br><br>**MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*,<br><br>              Defendants. | Case No. 5:23-cv-00034-H |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION DEADLINES**

Upon consideration of Defendants' Motion to Stay Preliminary Injunction Deadlines or, in the Alternative, to Extend Response Deadline, it is ORDERED that:

- Defendants' Motion is GRANTED;

- Deadlines pertaining to Plaintiff's Motion for Preliminary Injunction, ECF No. 37, are STAYED pending resolution of Defendants' Motion to Transfer Venue, ECF No. 9; and

- If the Court denies Defendants' pending Motion to Transfer Venue, Defendants' response to Plaintiff's Motion for Preliminary Injunction shall be due 30 days thereafter.

IT IS SO ORDERED.


Dated: _____          _____
                                                                    James Wesley Hendrix
                                                                    UNITED STATES DISTRICT JUDGE