UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    *Plaintiff*,

v.

MERRICK GARLAND, *et al.*,

    *Defendants.*

No. 5:23-cv-34-H

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW
J. AARON BARNES AS COUNSEL**

Pursuant to Local Rule 83.12(a), Plaintiff the State of Texas files this Unopposed Motion to Withdraw J. Aaron Barnes as its attorney in this matter.

J. Aaron Barnes is leaving the Special Litigation Division at the Office of the Attorney General of Texas, and Plaintiff respectfully requests that he be withdrawn as its counsel. The State will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated April 14, 2023.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

AARON F. REITZ
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
leif.olson@oag.texas.gov

*/s/ J. Aaron Barnes*
J. AARON BARNES
Special Counsel
Texas Bar No. 24099014
aaron.barnes@oag.texas.gov

ETHAN SZUMANSKI
Assistant Attorney General
Texas Bar No. 24123966
ethan.szumanski@oag.texas.gov

Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

ROBERT HENNEKE
Texas Bar No. 24026058
rhenneke@texaspolicy.com

CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com

MATTHEW MILLER
Texas Bar No. 24046444
mmiller@texaspolicy.com

NATE CURTISI
Arizona Bar No. 033342
ncurtisi@texaspolicy.com

**Counsel for the State of Texas**

### CERTIFICATE OF CONFERENCE

I hereby certify that on April 14, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/S/ J. AARON BARNES*
J. AARON BARNES

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 14, 2023, and that all counsel of record were served by CM/ECF.

*/S/ J. AARON BARNES*
J. AARON BARNES