UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    *Plaintiff*,

v.

MERRICK GARLAND, *et al.*,

    *Defendants*.

No. 5:23-cv-34-H

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered Plaintiff's Unopposed Motion to Withdraw J. Aaron Barnes as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that J. Aaron Barnes is hereby withdrawn as counsel of record for the State of Texas in this matter.

**SO ORDERED** and **SIGNED** this ___ day of _____, 2023.

_____
**The Honorable Judge James Wesley Hendrix**
United States District Judge
Northern District of Texas