UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

     Plaintiff,

v.

MERRICK GARLAND, in his official
capacity as Attorney General, et al.,

     Defendants.

No. 5:23-CV-034-H

### ORDER

Before the Court is the defendants' Motion to Stay Preliminary Injunction Deadlines or, in the Alternative, to Extend Response Deadline.  Dkt. No. 40.  The defendants request a stay of all deadlines related to the preliminary injunction.  *Id.* at 1.  Texas opposes this request but consents to the alternative request for an extension of the response deadline to May 4, 2023.  The Court denies the request for a stay but grants the alternative request to extend the defendants' response deadline to May 4, 2023.

So ordered on April 17, 2023.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE