IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br><br>            Plaintiff, <br><br> v. <br><br> **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br><br>            Defendants. | Case No. 5:23-cv-00034-H |

### DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Defendants move to extend the page limitations for their forthcoming combined Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction, ECF No. 38. Plaintiff requested that the page limits for its Motion for Preliminary Injunction and Defendants' opposition brief be 50 pages. ECF No. 36. The Court granted Plaintiff's unopposed motion. ECF No. 39. Defendants now intend to file a joint Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction. Defendants request that the page limit for Defendants' combined brief be 65 pages. The requested 15 additional pages are less than the number of pages available if Defendants filed a standalone Motion to Dismiss. *See* Local Rule 7.2(c). Plaintiff does not oppose this motion. A proposed order accompanies this motion.

### CERTIFICATE OF CONFERENCE

I certify that on April 27, 2023, undersigned counsel conferred with counsel for Plaintiff regarding this motion. Plaintiff does not oppose this motion.

Dated: April 28, 2023                                        Respectfully submitted,

                                                            BRIAN M. BOYNTON
                                                            Principal Deputy Assistant Attorney General

                                                            JOHN R. GRIFFITHS
                                                            Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

*/s/ Michael J. Gaffney*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Senior Trial Counsel
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: michael.j.gaffney@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/Michael J. Gaffney*
MICHAEL J. GAFFNEY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: michael.j.gaffney@usdoj.gov
