UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br><br>  Plaintiff, <br><br> v. <br><br> **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br><br>  Defendants. | Case No. 5:23-cv-00034-H |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

Upon consideration of Defendants' Unopposed Motion to Exceed Page Limitations, it is ORDERED that:

- Defendants' Motion is GRANTED; and

- Defendants' Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction shall not exceed 65 pages.

IT IS SO ORDERED.

Dated: _____     _____
                                                                                James Wesley Hendrix
                                                                                UNITED STATES DISTRICT JUDGE