UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General, et al.,<br><br>    Defendants. | No. 5:23-CV-034-H |

### ORDER

Before the Court is the defendants' Unopposed Motion to Exceed Page Limitations. Dkt. No. 50. For the reasons stated in the motion, the motion is granted.

So ordered on May 2, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE