UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br><br>      Plaintiff, <br><br>v. <br><br>**MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br><br>      Defendants. | Case No. 5:23-cv-00034-H |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss and the briefing on this motion, it is

ORDERED that:

- Defendants' Motion is GRANTED; and
- This case is DISMISSED.

IT IS SO ORDERED.

Dated: _____     _____
                     Honorable James Wesley Hendrix
                     UNITED STATES DISTRICT JUDGE