UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

MERRICK GARLAND, in his official capacity as Attorney General, et al.,

    Defendants.

No. 5:23-CV-034-H

## ORDER

Before the Court is a motion to file an amicus curiae brief on behalf of ten members of Congress. Dkt. No. 47. The congressmen represent that no party opposes the filing of their brief. *Id.* at 5. For the reasons stated in the motion, the motion is granted. The Clerk of Court is directed to file the amicus brief and its appendix, which are attached to the motion for leave, in the official record of this case.

So ordered on May 10, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE