UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>   Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General, et al.,<br><br>   Defendants. | No. 5:23-CV-034-H |

## **ORDER**

Before the Court are Kaitlyn D. Schiraldi and William E. Trachman's Applications for Admission Pro Hac Vice. Dkt. Nos. 45; 46. The applications are granted. The Clerk of Court shall deposit the admission fees to the account of the Non-Appropriated Fund of this Court. If Schiraldi or Trachman has not already done so, each must register as an ECF user within 14 days. *See* Loc. Civ. R. 5.1(f).

So ordered on May 10, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE