UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>   *Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>   *Defendants.* | No. 5:23-cv-34-H |

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

The Defendants' motion to dismiss (Dkt. No. 54) is denied

Signed on _____, at Lubbock, Texas.

_____
James Wesley Hendrix
United States District Judge