United States District Court
Northern District of Texas
Lubbock Division

| | |
|---|---|
| State of Texas,<br>    *Plaintiff*,<br>v.<br>Merrick Garland, *et al.*,<br>    *Defendants*. | No. 5:23-cv-34-H |

### STATE'S UNOPPOSED MOTION TO WITHDRAW AARON F. REITZ AS COUNSEL

Plaintiff the State of Texas file this Unopposed Motion to Withdraw Aaron F. Reitz as their attorney in this matter.

Aaron F. Reitz has left the Office of the Attorney General of Texas, and the State respectfully requests that he be withdrawn as its counsel. The State will continue to be represented by co-counsel listed below, with Leif A. Olson as lead counsel. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated June 1, 2023.                               Respectfully submitted.

| | |
|---|---|
| JOHN SCOTT<br>Provisional Attorney General | /s/ LEIF A. OLSON<br>LEIF A. OLSON<br>Chief, Special Litigation Division |
| BRENT WEBSTER<br>First Assistant Attorney General | Texas Bar No. 24032801<br>leif.olson@oag.texas.gov |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | ETHAN SZUMANSKI<br>Assistant Attorney General<br>Texas Bar No. 24123966 |
| RALPH MOLINA<br>DEPUTY ATTORNEY GENERAL FOR LEGAL STRATEGY | ethan.szumanski@oag.texas.gov |

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

ROBERT HENNEKE
Texas Bar No. 24026058
rhenneke@texaspolicy.com

CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com

MATTHEW MILLER
Texas Bar No. 24046444
mmiller@texaspolicy.com

NATE CURTISI
Arizona Bar No. 033342
ncurtisi@texaspolicy.com

**Counsel for the State of Texas**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 1, 2023, I conferred with all counsel by email, and none were opposed to this motion.

/s/ Leif A. Olson
Leif A. Olson

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 1, 2023, and that all counsel of record were served by CM/ECF.

/s/ Leif A. Olson
Leif A. Olson