United States District Court
Northern District of Texas
Lubbock Division

State of Texas,

 *Plaintiff*,

v.

Merrick Garland, *et al.*,

 *Defendants*.

No. 5:23-cv-34-H

## ORDER GRANTING UNOPPOSED
## MOTION FOR WITHDRAWAL OF COUNSEL

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Aaron Reitz as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Aaron Reitz is hereby withdrawn as counsel of record and Leif A. Olson is listed as lead counsel for the Plaintiffs.

SO ORDERED and SIGNED this _____ day of _____, 2023.

_____
United States District Judge

1