IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**,                          Plaintiff,<br><br>v.<br><br>**MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*,<br><br>                          Defendants. | Case No. 5:23-cv-00034-H |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully provide notice that on June 15, 2023, the Supreme Court issued its decision in *Haaland v. Brackeen*, No. 21-376, 2023 WL 4002951, at *18–19 (U.S. June 15, 2023), which is relevant to this Court's consideration of the standing arguments raised in Defendants' Combined Opposition to Plaintiff's Motion for a Preliminary Injunction and Memorandum in Support of Defendants' Motion to Dismiss, ECF No. 52, and Defendants' Reply in Support of Their Motion to Dismiss, ECF No. 63.  A copy of the decision is attached.

Dated: June 21, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Senior Trial Counsel
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

> */s/Courtney D. Enlow*
> COURTNEY D. ENLOW
> Senior Trial Counsel
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Washington, D.C. 20005
> Tel: (202) 616-8467
> Fax: (202) 616-8470
> Email: courtney.d.enlow@usdoj.gov