United States District Court
Northern District of Texas
Lubbock Division

State of Texas,

    *Plaintiff*,

v.

Merrick Garland, *et al.*,

    *Defendants.*

No. 5:23-cv-34-H

### STATE'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff the State of Texas file this Unopposed Motion to Withdraw Leif A. Olson as their attorney in this matter.

Leif A. Olson accepted a position outside the Office of the Attorney General of Texas, and the State respectfully requests that he be withdrawn as its counsel. The State will continue to be represented by co-counsel listed below, with Ryan Walters as lead counsel. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated July 28, 2023.                              Respectfully submitted.

Angela Colmenero
Provisional Attorney General

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Ralph Molina
Deputy Attorney General for Legal Strategy

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100


Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

*/s/ Leif A. Olson*
Leif A. Olson
Chief, Special Litigation Division
Texas Bar No. 24032801
leif.olson@oag.texas.gov

Ryan D. Walters
Deputy Chief, Special Litigation Division
Attorney-in-Charge*
Texas Bar No. 24105085
Ryan.walters@oag.texas.gov

Ethan Szumanski
Assistant Attorney General
Texas Bar No. 24123966
ethan.szumanski@oag.texas.gov

Robert Henneke
Texas Bar No. 24026058
rhenneke@texaspolicy.com

Chance Weldon
Texas Bar No. 24076767
cweldon@texaspolicy.com

Matthew Miller
Texas Bar No. 24046444
mmiller@texaspolicy.com

Nate Curtisi
Arizona Bar No. 033342
ncurtisi@texaspolicy.com

**Counsel for the State of Texas**

**CERTIFICATE OF CONFERENCE**

 I hereby certify that on July 28, 2023, I conferred with all counsel by email, and none were opposed to this motion.

        */s/ Leif A. Olson*
        Leif A. Olson

**CERTIFICATE OF SERVICE**

 I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 28, 2023, and that all counsel of record were served by CM/ECF.

        */s/ Leif A. Olson*
        Leif A. Olson