UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

     Plaintiff,

v.                             No. 5:23-CV-034-H

MERRICK GARLAND, in his official
capacity as Attorney General, et al.,

     Defendants.

## ORDER

Before the Court is the plaintiff's unopposed motion to withdraw Leif A. Olson as

counsel. Dkt. No. 67. For the reasons stated in the motion, the motion is granted.

So ordered on August __1__, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE