IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br><br> Plaintiff, <br><br> v. <br><br> **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br><br> Defendants. | Case No. 5:23-cv-00034-H |

### DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COURTNEY ENLOW AS COUNSEL

Pursuant to Local Rule 83.12, Defendants respectfully move to withdraw Courtney D. Enlow of the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants this case. Ms. Enlow's employment with the Civil Division will end effective August 26, 2023. Defendants will remain represented in this case by Michael Gaffney, who has previously appeared in this case. This withdrawal will not delay any proceedings.

A proposed order accompanies this motion.

### CERTIFICATE OF CONFERENCE

Counsel for Defendants conferred with Plaintiff's counsel regarding this motion through email on August 14, 2023. Plaintiff's counsel indicated that they do not oppose the relief requested in Defendants' motion.

Dated: August 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (N.C. Bar No. 46578)
Senior Trial Counsel
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

> */s/Courtney D. Enlow*
> COURTNEY D. ENLOW
> Senior Trial Counsel
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Washington, D.C. 20005
> Tel: (202) 616-8467
> Fax: (202) 616-8470
> Email: courtney.d.enlow@usdoj.gov