UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br><br>                     Plaintiff, <br><br> v. <br><br> **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br><br>                     Defendants. | Case No. 5:23-cv-00034-H |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COURTNEY ENLOW AS COUNSEL**

Upon consideration of Defendants' Unopposed Motion to Withdraw Courtney Enlow as Counsel, it is HEREBY ORDERED that the Motion is GRANTED, and Ms. Enlow is WITHDRAWN as counsel for Defendants.

SO ORDERED on _____.


_____
Hon. James Wesley Hendrix
UNITED STATES DISTRICT JUDGE