UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

MERRICK GARLAND, in his official capacity as Attorney General, et al.,

    Defendants.

No. 5:23-CV-034-H

## ORDER

Before the Court is the defendants' Unopposed Motion to Withdraw Courtney D. Enlow as Counsel. Dkt. No. 69. For the reasons stated in the motion, the motion is granted.

So ordered on August 16, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE