UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General, et al.,<br><br>    Defendants. | No. 5:23-CV-034-H |

## ORDER SETTING HEARING

Before the Court are Texas's Motion for Preliminary Injunction (Dkt. No. 37) and the defendants' Motion to Dismiss (Dkt. No. 54). Having reviewed the parties' filings on the motions (Dkt. Nos. 37; 38; 52; 53; 54; 61; 63; 65), the Court orders that a hearing on the motions is set for Monday, October 30, 2023 at 9:00 a.m. in the United States District Court, 1205 Texas Avenue, Lubbock, Texas 79401.

The Court also sets a telephonic status conference for Monday, October 16, 2023, at 10:00 a.m. to address procedural matters for the hearing, such as the amount of time the parties anticipate needing for their argument and whether they plan to present any evidence. Dial-in information will be disseminated by email to the parties' counsel.

So ordered on October 11, 2023.

                                                                         _____
                                                                        JAMES WESLEY HENDRIX
                                                                        UNITED STATES DISTRICT JUDGE