## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, | |
| Plaintiff, | |
| v. | Case No. 5:23-cv-00034-H |
| **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, | |
| Defendants. | |

## JOINT MOTION FOR CONTINUANCE WITH THE PARTIES' COMPETING SCHEDULING PROPOSALS

On October 20, 2023, the Court "notifie[d] the parties that it will advance the trial on the merits and consolidate it with the motions hearing" that had previously been scheduled for October 30, 2023.  ECF No. 73 at 1.  The Court instructed the parties that, "[a]t trial, [they] should be prepared to discuss and, if necessary, present evidence regarding" eleven topics.  *Id.* at 2–3.  The Court stated that, "[i]f, in light of this notice, a party will need additional time to gather evidence for the trial on the merits, that party may request a continuance of the October 30, 2023 trial date."  *Id.* at 3.  The parties conferred regarding the Court's notice and the potential need for a continuance.  The parties agree that additional time is necessary to adequately prepare for trial, including to gather the evidence requested by the Court and any other evidence that may be relevant to a final decision on the merits in this case.  The parties disagree, however, on when trial and the accompanying pre-trial deadlines should specifically occur.  Plaintiff requests that the trial date be continued to November 20, 2023.  Defendants request that the current trial date be vacated and reset at a later date after the parties complete their proposed pre-trial steps described below.

The parties' respective proposals are set forth below.

**Plaintiff's Position**

In advance of trial, Plaintiff proposes that the parties exchange declarations addressing the

topics covered by the Court's October 20 notice. Plaintiff proposes that the parties exchange these declarations—and any declarations subject to the Court's October 16 minute order and previously due on October 24, 2023—by November 1, 2023. After the declarations are exchanged, Plaintiff proposes that the parties confer about a possible agreement regarding the admissibility of such declarations and the possible exchange of responsive declarations. Plaintiff proposes that, by November 7, 2023, the parties will notify the Court whether they have reached such an agreement, and, if not, the parties will present a joint proposal, or, if necessary, separate proposals, regarding the presentation of evidence at trial. Such proposal (or proposals) will contain proposed deadlines for any potential objections and responsive declarations. Plaintiff proposes that the parties file a final list of trial exhibits by November 17, 2023, and that trial be held on November 20, 2023. After diligently working with its agencies to acquire declarations relevant to this case, Plaintiff believes that November 20 provides sufficient time for the parties to present their case. Thus, Plaintiff disagrees with Defendants that trial should be vacated indefinitely.

**Defendants' Position**

Defendants agree that the parties should first exchange declarations addressing the topics covered by the Court's October 20 notice. Defendants propose that the parties be afforded two weeks to prepare these declarations and propose that the parties exchange them, and any declarations subject to the Court's October 16 minute order and previously due on October 24, 2023, by November 6, 2023. After the declarations are exchanged, Defendants propose that the parties confer about the substance of their respective declarations and the subjects identified in the Court's standard scheduling order for civil cases, including discussing whether discovery is necessary, proposed dates for pre-trial disclosures, and a proposed trial date. By November 13, 2023, Defendants propose that the parties file a status report and proposed scheduling order for the Court's consideration.

Defendants request that the parties undertake these steps before trial to allow the parties

2

sufficient time to gather evidence and to conserve judicial resources by narrowing the disputed issues necessitating resolution at trial.  Pending before the Court are Plaintiff's motion for a preliminary injunction and Defendants' motion to dismiss.  To date, neither party has moved for summary judgment, and Plaintiff has not yet submitted a declaration in this case.  Accordingly, Defendants are not yet aware of the extent to which discovery might be necessary to challenge assertions in such declarations.  Because the motions hearing has been consolidated with a trial on the merits, and to preserve Defendants' right to develop an adequate factual record at trial, including for any appeal, Defendants request a sufficient opportunity to review Plaintiff's declarations and determine whether any subsequent discovery may be required.  At this time, and until they have had an opportunity to review the factual assertions in Plaintiff's declarations, Defendants do not yet know the extent to which discovery will be required prior to trial.

* * *

The parties set forth the dates described herein in the attached proposed order.

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that on October 20, 2023, and October 23, 2023, undersigned counsel conferred regarding this motion.  The parties agree that the October 30, 2023 trial date should be continued; Plaintiff proposes that it be continued to November 20, 2023, and Defendants propose that it be vacated and set at a later date after the parties complete the proposed pre-trial steps described above.

Dated: October 23, 2023

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

3

RYAN D. WALTERS
Chief, Special Litigation Division
Texas Bar No. 24105085
ryan.walters@oag.texas.gov

ETHAN SZUMANSKI
Special Counsel
Texas Bar No. 24123966
ethan.szumanski@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

ROBERT HENNEKE
Texas Bar No. 24026058
rhenneke@texaspolicy.com

CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com

MATTHEW MILLER
Texas Bar No. 24046444
mmiller@texaspolicy.com

NATE CURTISI
Arizona Bar No. 033342
ncurtisi@texaspolicy.com

TEXAS PUBLIC POLICY FOUNDATION
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

*Counsel for the State of Texas*

/s/ Michael J. Gaffney
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: michael.j.gaffney@usdoj.gov

*Counsel for Defendants*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 23, 2023, I electronically filed the foregoing paper with the

Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such

filing.

> <u>/s/ Michael J. Gaffney</u>
> MICHAEL J. GAFFNEY
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Washington, D.C. 20005
> Tel: (202) 514-2356
> Fax: (202) 616-8470
> Email: michael.j.gaffney@usdoj.gov

5