UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| **STATE OF TEXAS**, | |
| --- | --- |
| Plaintiff, | |
| v. | Case No. 5:23-cv-00034-H |
| **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR CONTINUANCE WITH THE PARTIES' COMPETING SCHEDULING PROPOSALS

Upon consideration of the parties' Joint Motion for Continuance with the Parties' Competing Scheduling Proposals, it is ORDERED that the Motion is GRANTED. It is further ordered that:

| **Plaintiff's Proposal** | **Defendants' Proposal** |
| --- | --- |
| • The trial date is continued to November 20, 2023 at 9:00 am in the United States District Court, Courtroom C-216, 1205 Texas Avenue, Lubbock, Texas;<br><br>• The parties shall exchange declarations by November 1, 2023;<br><br>• The parties shall notify the Court whether they have reached an agreement regarding the admissibility of such declarations and the possible exchange of responsive declarations by November 7, 2023;<br><br>• The parties shall file a final list of trial exhibits by November 17, 2023. | • The October 30, 2023 trial date is vacated;<br><br>• The parties shall exchange declarations by November 6, 2023;<br><br>• By November 13, 2023, the parties shall submit a status report and proposed scheduling order that addresses whether discovery will be necessary, proposed deadlines for pre-trial disclosures, and a proposed trial date. |

IT IS SO ORDERED.

Dated: _____     _____
James Wesley Hendrix
UNITED STATES DISTRICT JUDGE