# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| State of Texas | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:23-cv-00034-H |
| Merrick Garland, in his official capacity, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Merrick Garland, in his official capacity as Attorney General, et al.

Date:   11/07/2023

/s/ Clayton L. Bailey
*Attorney's signature*

Clayton L. Bailey (D.C. Bar No. 1644867)
*Printed name and bar number*

U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12507
Washington, DC 20005
*Address*

clayton.l.bailey@usdoj.gov
*E-mail address*

(202) 598-1226
*Telephone number*

(202) 616-8470
*FAX number*