UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, Plaintiff, v. **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, Defendants. | Case No. 5:23-cv-00034-H |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN DECLARATIONS**

Upon consideration of Defendants' Motion *in Limine* to Exclude Certain Declarations, it is ORDERED that:

- Defendants' Motion is GRANTED; and
- The November 1, 2023, Declarations of Michael Meyer, Rebecca Waltz, Susan Bricker, and Hendry De La Garza are excluded from trial in this matter.

IT IS SO ORDERED.

Dated: _____        _____
                                                                  Honorable James Wesley Hendrix
                                                                  UNITED STATES DISTRICT JUDGE