IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br><br> Plaintiff, <br><br> v. <br><br> **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br><br> Defendants. | Case No. 5:23-cv-00034-H |

**JOINT MOTION FOR CLARIFICATION REGARDING PRE-TRIAL DEADLINES**

The parties jointly seek clarification regarding the Court's October 24, 2023 order setting forth various pre-trial deadlines. *See* ECF No. 75. The parties have interpreted that order as setting forth an exhaustive list of pre-trial deadlines that supersedes other default deadlines contained within the Local Civil Rules for this District. *See, e.g.*, L.R. 16.4 (requiring a pre-trial order 14 days in advance of trial "[u]nless otherwise directed by the presiding judge"); L.R. 52.1 (requiring proposed findings of fact and conclusions of law 14 days in advance of trial "[u]nless otherwise directed by the presiding judge"). The parties jointly request that the Court confirm whether the parties' interpretation is accurate.

Provided that the Court agrees with their interpretation, the parties will be prepared to discuss a schedule for post-trial briefing at the Final Pretrial Conference scheduled for November 28, 2023.

1

**CERTIFICATE OF CONFERENCE**

I certify that on November 9, 2023, undersigned counsel conferred regarding this motion. The parties jointly seek the relief requested herein.

| | |
|---|---|
| Dated: November 9, 2023 | Respectfully submitted, |
| | |
| KEN PAXTON | BRIAN M. BOYNTON |
| Attorney General of Texas | Principal Deputy Assistant Attorney General |
| | |
| BRENT WEBSTER | JOHN GRIFFITHS |
| First Assistant Attorney General | Director, Federal Programs Branch |
| | |
| GRANT DORFMAN | LESLEY FARBY |
| Deputy First Assistant Attorney General | Assistant Branch Director |
| | |
| RYAN D. WALTERS | */s/ Clayton L. Bailey* |
| Chief, Special Litigation Division | CLAYTON L. BAILEY (D.C. Bar No. 1644867) |
| Texas Bar No. 24105085 | MICHAEL J. GAFFNEY (D.C. Bar No. 1048531) |
| ryan.walters@oag.texas.gov | Trial Attorneys |
| | United States Department of Justice |
| ETHAN SZUMANSKI | Civil Division, Federal Programs Branch |
| Special Counsel | 1100 L Street, N.W. |
| Texas Bar No. 24123966 | Washington, D.C. 20005 |
| ethan.szumanski@oag.texas.gov | Tel: (202) 598-1226 |
| | Fax: (202) 616-8470 |
| OFFICE OF THE ATTORNEY GENERAL | Email: clayton.l.bailey@usdoj.gov |
| OF TEXAS | |
| P.O. Box 12548, Capitol Station | *Counsel for Defendants* |
| Austin, Texas 78711-2548 | |
| (512) 463-2100 | |

ROBERT HENNEKE
Texas Bar No. 24026058
rhenneke@texaspolicy.com

CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com

MATTHEW MILLER
Texas Bar No. 24046444
mmiller@texaspolicy.com

NATE CURTISI
Arizona Bar No. 033342

2

ncurtisi@texaspolicy.com

TEXAS PUBLIC POLICY FOUNDATION
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

*Counsel for the State of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Clayton L. Bailey*
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-1226
Fax: (202) 616-8470
Email: clayton.l.bailey@usdoj.gov
