UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br>               Plaintiff, <br> v. <br> **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br>               Defendants. | Case No. 5:23-cv-00034-H |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR CLARIFICATION REGARDING PRE-TRIAL DEADLINES**

Upon consideration of the parties' Joint Motion for Clarification Regarding Pre-Trial Deadlines, it is ORDERED that:

- The Joint Motion is GRANTED; and
- The Court's October 24, 2023 Order (ECF No. 75) sets forth an exhaustive list of pre-trial deadlines that supersedes other default deadlines contained within the Local Civil Rules for this District.

IT IS SO ORDERED.

Dated: _____                     _____
                                                                   Honorable James Wesley Hendrix
                                                                     UNITED STATES DISTRICT JUDGE