UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

MERRICK GARLAND, in his official capacity as Attorney General, et al.,

    Defendants.

No. 5:23-CV-034-H

## ORDER

Before the Court is the parties' Joint Motion for Clarification Regarding Pre-trial Deadlines. Dkt. No. 79. The parties "seek clarification regarding the Court's October 24, 2023 order setting forth various pre-trial deadlines," specifically whether the Order was an exhaustive list and supersedes the default deadlines in this Court's Local Rules. The Court grants the parties' motion. Dkt. No. 79. The Court's October 24, 2023 scheduling order (Dkt. No. 75) is an exhaustive list of the pretrial deadlines in this case and supersedes the default deadlines in the Local Rules. The parties are not required to file a pretrial order, proposed findings of fact and conclusions of law, or any other documents noted by the Local Rules but not included in this Court's scheduling order (Dkt. No. 75), but may do so if they would like.

So ordered on November 13, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE