UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    *Plaintiff*,

v.

MERRICK GARLAND, *et al.*,

    *Defendants*.

No. 5:23-cv-34-H

## Texas's Exhibit List

Pursuant to this Court's order on October 24, 2023, ECF No. 75, Plaintiff the State of Texas ("Texas") submits the following exhibit list:[1]

| State Exhibit No. | Exhibit Name |
|---|---|
| 1 | Henry De La Garza Declaration and accompanying exhibits |
| 2 | Mike Meyer Declaration |
| 3 | Rebecca Waltz Declaration |
| 4 | Susan Bricker Declaration and accompanying exhibits |
| 5 | Department of Homeland Security, *DHS Case Management Pilot Program* (last visited Nov. 14, 2023). |
| 6 | U.S. Immigration & Customs Enforcement, *Alternatives to Detention* (last visited Nov. 14, 2023) |
| 7 | CMPP, *About CMPP* (last visited Nov. 14, 2023). |
| 8 | CMPP National Board Case Management Pilot Program (CMPP) Subrecipient Solicitation for Fiscal Year 2022 |
| 9 | Julia Ainsley, *Biden admin to allow for the release of some migrants into the U.S. with no way to track them*, NBC News (May 10, 2023, 8:44 AM) |

---

[1] Texas reserves the right to use any document or exhibit identified by any other parties in this action and to use any document for impeachment or rebuttal purposes.

| 10 | Federation for American Immigration Reform Research Report, *The Fiscal Burden of Illegal Immigration on United States Taxpayers 2023* |
|---|---|
| 11 | Jose Ivan Rodriguez-Sanchez, Ph.D., *Undocumented Immigrants in Texas: A Cost-Benefit Assessment*, Baker Institute for Public Policy (May 8, 2020), |
| 12 | National Public Radio, *The Secret Bunker Congress Never Used* (Mar. 26, 2011, 7:05 PM) |
| 13 | U.S. Immigration and Customs Enforcement, ICE Alternatives to Detention Data, FY23 |

Dated November 14, 2023.

Ken Paxton
Attorney General

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Ralph Molina
Deputy Attorney General for Legal Strategy

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100


Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

Respectfully submitted.

Ryan Walters
Chief, Special Litigation Division
Texas Bar No. 240105085

*/s/ Ethan Szumanski*
Ethan Szumanski
Special Counsel
Texas Bar No. 24123966
ethan.szumanski@oag.texas.gov


Robert Henneke
Texas Bar No. 24026058
rhenneke@texaspolicy.com

Chance Weldon
Texas Bar No. 24076767
cweldon@texaspolicy.com

Matthew Miller
Texas Bar No. 24046444
mmiller@texaspolicy.com

Nate Curtisi
Arizona Bar No. 033342
ncurtisi@texaspolicy.com

**Counsel for the State of Texas**

### Certificate of Service

On November 14, 2023, this document was served by electronic mail on all counsel of record.

*/s/ Ethan Szumanski*
Ethan Szumanski