United States District Court
Northern District of Texas
Lubbock Division

State of Texas,

 *Plaintiff*,

v.

Merrick Garland, *et al.*,

 *Defendants.*

No. 5:23-cv-34-H

## Texas's Witness List

Pursuant to this Court's order on October 24, 2023, ECF No. 75, Plaintiff the State of Texas ("Texas") submits the following witness list:[1]

| Witness's Name | Subject of Testimony | Will Call / May Call |
|---|---|---|
| Henry De La Garza | Mr. De La will likely testify to the costs of complying with the Act's new amendments to Title VII. | May Call |
| Mike Meyer | Mr. Meyer will likely testify to education costs imposed on Texas by the Act. | May Call |
| Rebecca Waltz | Ms. Waltz will likely testify to incarceration costs imposed on Texas by the Act. | May Call |
| Susan Bricker | Ms. Bricker will likely testify to the healthcare costs imposed on Texas by the Act. | May Call |

---

[1] Texas reserves the right to call any witnesses or potential witnesses disclosed by any other party in this case. Pursuant to this Court's order on October 24, 2023, ECF No. 75, Texas also reserves the right to call any witnesses in rebuttal to defendants' witnesses' testimony.

| | |
|---|---|
| Dated November 14, 2023. | Respectfully submitted. |
| Ken Paxton<br>Attorney General | Ryan Walters<br>Chief, Special Litigation Division<br>Texas Bar No. 240105085 |
| Brent Webster<br>First Assistant Attorney General | */s/ Ethan Szumanski*<br>Ethan Szumanski<br>Special Counsel<br>Texas Bar No. 24123966<br>ethan.szumanski@oag.texas.gov |
| Grant Dorfman<br>Deputy First Assistant Attorney General | |
| Ralph Molina<br>Deputy Attorney General for Legal Strategy | |
| Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2100 | |
| Texas Public Policy Foundation<br>901 Congress Ave.<br>Austin, Texas 78701<br>(512) 472-2700 | Robert Henneke<br>Texas Bar No. 24026058<br>rhenneke@texaspolicy.com |
| | Chance Weldon<br>Texas Bar No. 24076767<br>cweldon@texaspolicy.com |
| | Matthew Miller<br>Texas Bar No. 24046444<br>mmiller@texaspolicy.com |
| | Nate Curtisi<br>Arizona Bar No. 033342<br>ncurtisi@texaspolicy.com |
| | **Counsel for the State of Texas** |

## CERTIFICATE OF SERVICE

On November 14, 2023, this document was served by electronic mail on all counsel of record.

> */s/ Ethan Szumanski*
> ETHAN SZUMANSKI