UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

     Plaintiff,

v.                                                           No. 5:23-CV-034-H

MERRICK GARLAND, in his official
capacity as Attorney General, et al.,

     Defendants.

## ORDER

Before the Court is the defendants' Motion to Re-Set the Motions Hearing, Strike

Plaintiff's Four Witnesses, or Continue the Trial.  Dkt. No. 83.  The plaintiff is ordered to

file its response to the motion by 5:00 p.m. on November 17, 2023.

So ordered on November 16, 2023.

 

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE