IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**STATE OF TEXAS**,

                Plaintiff,

v.

**MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*,

                Defendants.

Case No. 5:23-cv-00034-H

**DEFENDANTS' TRIAL WITNESS LIST**

Pursuant to the Court's Order on October 24, 2023, ECF No. 75, Defendants give notice that they do not intend to call live witnesses at the November 28, 2023, trial. Defendants reserve the right to call any live witness who is called by Plaintiff. Because of the uncertain nature of Plaintiff's trial presentation, as explained in Defendants' Motion to Re-Set the Motions Hearing, Strike Plaintiff's Four Witnesses, or Continue the Trial, ECF No. 83, Defendants reserve the right to offer witnesses in rebuttal to Plaintiff's case-in-chief, and to otherwise supplement this list as may be appropriate.

Dated: November 17, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

*/s/ Clayton L. Bailey*
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

1

Washington, D.C. 20005  
Tel: (202) 598-1226  
Fax: (202) 616-8470  
Email: clayton.l.bailey@usdoj.gov  

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/Clayton L. Bailey*
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-1226
Fax: (202) 616-8470
Email: clayton.l.bailey@usdoj.gov