IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**, <br>               Plaintiff, <br><br> v. <br><br> **MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*, <br>               Defendants. | Case No. 5:23-cv-00034-H |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PROPOSED TRIAL EXHIBITS**

Pursuant to the Court's Order on October 24, 2023, ECF No. 75, Defendants submit the following objections to Plaintiff's exhibits:[1]

| Def. Exhibit No. | Exhibit |
|---|---|
| 1 | Defendants object for the reasons stated in their motion *in limine*, ECF No. 77. |
| 2 | Defendants object for the reasons stated in their motion *in limine*, ECF No. 77. |
| 3 | Defendants object for the reasons stated in their motion *in limine*, ECF No. 77. |
| 4 | Defendants object for the reasons stated in their motion *in limine*, ECF No. 77. |
| 5 | None. |
| 6 | None. |
| 7 | None. |
| 8 | None. |
| 9 | Exhibit is irrelevant because the information is not tied to the CMPP funds at issue in this case. It is also hearsay not within an exception. |

---

[1] Pursuant to Paragraph 5 of the Court's Order, ECF No. 75, Defendants reserve the right to object to particular testimony or particular uses of any exhibit or other piece of evidence.

1

| 10 | Exhibit is irrelevant because the information is not tied to the CMPP funds at issue in this case. It is also hearsay not within an exception. |
| --- | --- |
| 11 | Exhibit is irrelevant because the information is not tied to CMPP funds and the report predates the award of any CMPP funds. |
| 12 | Exhibit is irrelevant. It is also hearsay not within an exception. |
| 13 | Exhibit is irrelevant because the information is not tied to the CMPP funds at issue in this case. |

Dated: November 20, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

*/s/ Clayton L. Bailey*
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-1226
Fax: (202) 616-8470
Email: clayton.l.bailey@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                           */s/ Clayton L. Bailey*
                                           CLAYTON L. BAILEY (D.C. Bar No. 1644867)
                                           Trial Attorney
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, N.W.
                                           Washington, D.C. 20005
                                           Tel: (202) 598-1226
                                           Fax: (202) 616-8470
                                           Email: clayton.l.bailey@usdoj.gov