UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>   *Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND; UNITED STATES DEPARTMENT OF JUSTICE; CHARLOTTE A. BURROWS; JOCELYN SAMUELS; KEITH E. SONDERLING; ANDREA R. LUCAS; CHRISTOPHER W. LAGE; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; ALEJANDRO MAYORKAS; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TAE D. JOHNSON; U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; PETER E. MINA; OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES; DEANNE CRISWELL; FEDERAL EMERGENCY MANAGEMENT ADMINISTRATION; and JOSEPH R. BIDEN, JR.,<br><br>   *Defendants*. | No. 5:23-cv-34-H |

PLAINTIFF'S NOTICE OF APPEARANCE

The State of Texas files this Notice of Appearance for Kathleen Hunker, Special Counsel who will appear as counsel for Plaintiff in the above-captioned case along with counsel listed below. Ms. Hunker is admitted to practice in the United States District Court for the Northern District of Texas and is a member in good standing of the State Bar of Texas. Defendants request that Ms. Hunker be served with all future correspondence and pleadings.

Dated November 21, 2023.

Ken Paxton
Provisional Attorney General

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Ralph Molina
Deputy Attorney General for Legal Strategy

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

Respectfully submitted.

Ryan Walters
Chief, Special Litigation Division
Texas Bar No. 240105085

*/s/ Kathleen Hunker*
Kathleen Hunker
Special Counsel
Texas Bar No. 24118415
kathleen.hunker@oag.texas.gov

Ethan Szumanski
Special Counsel
Texas Bar No. 24123966
ethan.szumanski@oag.texas.gov

Robert Henneke
Texas Bar No. 24026058
rhenneke@texaspolicy.com
Chance Weldon
Texas Bar No. 24076767
cweldon@texaspolicy.com
Matthew Miller
Texas Bar No. 24046444
mmiller@texaspolicy.com
Nate Curtisi
Arizona Bar No. 033342
ncurtisi@texaspolicy.com

**Counsel for the State of Texas**

### Certificate of Service

I certify that on November 21, 2023, the foregoing document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Kathleen Hunker*
Kathleen Hunker