UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *Plaintiff*, v. MERRICK GARLAND, *et al.*, *Defendants.* | No. 5:23-cv-34-H |

### Texas's Amended Witness List

Pursuant to this Court's order on October 24, 2023, ECF No. 75, Plaintiff the State of Texas ("Texas") gives notice that it does not intend to call any live witnesses at the January 22, 2024, trial. Texas reserves the right to call any live witness called by Defendants, and it reserves the right to otherwise supplement this list as may be appropriate.

Dated December 1, 2023.

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Respectfully submitted.

RYAN WALTERS
Chief, Special Litigation Division
Texas Bar No. 240105085

*/s/ Ethan Szumanski*
ETHAN SZUMANSKI
Special Counsel
Texas Bar No. 24123966
ethan.szumanski@oag.texas.gov

KATHLEEN HUNKER
Special Counsel
Texas Bar No. 24118415
kathleen.hunker@oag.texas.gov

| | |
|---|---|
| Texas Public Policy Foundation<br>901 Congress Ave.<br>Austin, Texas 78701<br>(512) 472-2700 | Robert Henneke<br>Texas Bar No. 24026058<br>rhenneke@texaspolicy.com<br><br>Chance Weldon<br>Texas Bar No. 24076767<br>cweldon@texaspolicy.com<br><br>Matthew Miller<br>Texas Bar No. 24046444<br>mmiller@texaspolicy.com<br><br>Nate Curtisi<br>Arizona Bar No. 033342<br>ncurtisi@texaspolicy.com<br><br>**Counsel for the State of Texas** |

### Certificate of Service

On December 1, 2023, this document was served by electronic mail on all counsel of record.

*/s/ Ethan Szumanski*
Ethan Szumanski