United States District Court
Northern District of Texas
Lubbock Division

State of Texas,

 *Plaintiff*,

v.

Merrick Garland, *et al.*,

 *Defendants*.

No. 5:23-cv-34-H

### Order Granting Texas's Unopposed Motion for Leave to File an Amended Witness List and Motion to Vacate Discovery Deadlines

 Before the Court is Texas's Unopposed Motion for Leave to File an Amended Witness List and Motion to Vacate Discovery Deadlines. Dkt. No. X. The Court, finding good cause, grants Texas's motion. Accordingly, the Court hereby grants leave for Texas to amend its witness list, and it hereby vacates the following pre-trial deadlines:

1. The December 22, 2023, deadline for Texas to make its four witnesses available for depositions;
2. The December 29, 2023, deadline for Defendants to file any motion to exclude Texas's witnesses; and
3. The January 10, 2024, deadline for Texas to file any response to Defendants' motion to exclude.

 All other deadlines from this Court's prior scheduling order (Dkt. No. 91)—including the January 17, 2023, final pretrial conference and the January 22, 2023, trial date—remain unchanged.

So ordered on _____ .

                                                                                  _____
                                                                                   JAMES WESLEY HENDRIX
                                                                                    UNITED STATES DISTRICT JUDGE