UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>        Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General, et al.,<br><br>        Defendants. | No. 5:23-CV-034-H |

## ORDER

Before the Court is the plaintiff's Unopposed Motion for Leave to File an Amended Witness List and Motion to Vacate Discovery Deadlines. Dkt. No. 97. For the reasons stated in the motion, the Court grants the motion. The Clerk of Court is directed to file Texas's Amended Witness List (Dkt. No. 97-1) as a separate docket entry. In light of the plaintiff's representation that it will not call any witnesses, the Court vacates the deadlines for discovery related to the witnesses listed in the plaintiff's original witness list. *See* Dkt. No. 91. All other deadlines remain unchanged unless previously altered. *See* Dkt. Nos. 72; 75; 91.

So ordered on December 5, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE