United States District Court
Northern District of Texas
Lubbock Division

| | |
|---|---|
| State of Texas,<br>    *Plaintiff*,<br>v.<br>Merrick Garland; *et al.*,<br>    *Defendants.* | No. 5:23-cv-34-H |

### Plaintiff's Notice of Substitution of Co-Counsel

Plaintiff, the State of Texas ("the State"), files this Notice of Substitution of Counsel. In support thereof, Plaintiff respectfully shows the Court the following:

Ethan Szumanski, Special Counsel with the Special Litigation Division, is designated as Attorney-in-Charge for the State in this matter.

Kathleen Hunker, Special Counsel has been assigned and designated as co-counsel for the State in this matter. Ms. Hunker has been administratively reassigned to other matters.

Susanna Dokupil, Special Counsel with the Special Litigation Division, has been assigned as co-counsel to represent the State in this cause. Ms. Dokupil is a member in good standing of the State Bar of Texas and is authorized to practice in the Northern District of Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court permit Kathleen Hunker to withdraw as Counsel of Record and to designate Susanna Dokupil as co-counsel for the State of Texas in the above-styled and numbered cause of action, and that she be served with all future correspondence and pleadings.

| | |
|---|---|
| Dated January 8, 2024. | Respectfully submitted. |

<table>
<tr><td>

Ken Paxton
Provisional Attorney General

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Ralph Molina
Deputy Attorney General for Legal Strategy

Ryan Walters
Chief, Special Litigation Division
Texas Bar No. 240105085

Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Texas Public Policy Foundation
901 Congress Ave.
Austin, Texas 78701
(512) 472-2700

</td><td>

Ethan Szumanski
Attorney-in-Charge
Special Counsel
Texas Bar No. 24123966
ethan.szumanski@oag.texas.gov

Kathleen Hunker
Special Counsel
Texas Bar No. 24118415
kathleen.hunker@oag.texas.gov

*/s/ Susanna Dokupil*
Susanna Dokupil
Special Counsel
Texas Bar No. 24034419
susanna.dokupil@oag.texas.gov

Robert Henneke
Texas Bar No. 24026058
rhenneke@texaspolicy.com
Chance Weldon
Texas Bar No. 24076767
cweldon@texaspolicy.com
Matthew Miller
Texas Bar No. 24046444
mmiller@texaspolicy.com
Nate Curtisi
Arizona Bar No. 033342
ncurtisi@texaspolicy.com

**Counsel for the State of Texas**

</td></tr>
</table>

### Certificate of Service

I certify that on January 8, 2024, the foregoing document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Susanna Dokupil*
Susanna Dokupil