UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General, et al.,<br><br>    Defendants. | No. 5:23-CV-034-H |

### ORDER AND NOTICE OF DEFICIENCY

Before the Court is the State of Texas's Notice of Substitution of Counsel. Dkt. No. 100. Pursuant to Local Rule 7.1, all motions for substitution of counsel must be accompanied by a certificate of conference that indicates whether the motion is unopposed or opposed. Loc. Civ. R. 7.1(b), (h). Texas's motion lacks the certificate of conference required by Local Rule 7.1. Accordingly, the Court denies without prejudice Texas's motion (Dkt. No. 100) and directs Texas to refile the motion with a certificate of conference.

So ordered on January 9, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE