UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND; *ET AL.*,<br><br>    *Defendants*. | No. 5:23-cv-34-H |

**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTION CO-COUNSEL**

Plaintiff, the State of Texas ("the State"), files this Unopposed Motion to Substitute Co-Counsel. In support thereof, Plaintiff respectfully shows the Court the following:

ETHAN SZUMANSKI, Special Counsel with the Special Litigation Division, is designated as Attorney-in-Charge for the State in this matter.

KATHLEEN HUNKER, Special Counsel has been assigned and designated as co-counsel for the State in this matter. Ms. Hunker has been administratively reassigned to other matters.

SUSANNA DOKUPIL, Special Counsel with the Special Litigation Division, has been assigned as co-counsel to represent the State in this cause. Ms. Dokupil is a member in good standing of the State Bar of Texas and is authorized to practice in the Northern District of Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court permit Kathleen Hunker to withdraw as Counsel of Record and to designate Susanna Dokupil as co-counsel for the State of Texas in the above-styled and numbered cause of action, and that she be served with all future correspondence and pleadings.

| | |
|---|---|
| Dated January 9, 2024. | Respectfully submitted. |
| KEN PAXTON<br>Provisional Attorney General | ETHAN SZUMANSKI<br>Attorney-in-Charge<br>Special Counsel<br>Texas Bar No. 24123966 |
| BRENT WEBSTER<br>First Assistant Attorney General | ethan.szumanski@oag.texas.gov |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | KATHLEEN HUNKER<br>Special Counsel<br>Texas Bar No. 24118415 |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | kathleen.hunker@oag.texas.gov |
| | */s/ Susanna Dokupil* |
| RYAN WALTERS<br>Chief, Special Litigation Division<br>Texas Bar No. 240105085 | SUSANNA DOKUPIL<br>Special Counsel<br>Texas Bar No. 24034419<br>susanna.dokupil@oag.texas.gov |
| Office of the Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2100 | |
| Texas Public Policy Foundation<br>901 Congress Ave.<br>Austin, Texas 78701<br>(512) 472-2700 | ROBERT HENNEKE<br>Texas Bar No. 24026058<br>rhenneke@texaspolicy.com<br>CHANCE WELDON<br>Texas Bar No. 24076767<br>cweldon@texaspolicy.com<br>MATTHEW MILLER<br>Texas Bar No. 24046444<br>mmiller@texaspolicy.com<br>NATE CURTISI<br>Arizona Bar No. 033342<br>ncurtisi@texaspolicy.com |
| | **COUNSEL FOR THE STATE OF TEXAS** |

## CERTIFICATE OF CONFERENCE

      I hereby certify that on January 9, 2024, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Susanna Dokupil*
SUSANNA DOKUPIL

## CERTIFICATE OF SERVICE

I certify that on January 9, 2024, the foregoing document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Susanna Dokupil*
SUSANNA DOKUPIL

No. 5:23-cv-34, *State of Texas v. Garland*  
Notice of Substitution of Co-Counsel  
Page 3 of 3