UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br>    *Defendants*. | No. 5:23-cv-34-H |

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE CO-COUNSEL

On this date, the Court considered the State's Unopposed Motion to Substitute Co-Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Susanna Dokupil is substituted in as co-counsel of record for the State of Texas in the above captioned case.

IT IS FURTHER ORDERED that Kathleen Hunker is hereby withdrawn as counsel of record for the State of Texas in this matter.

**SO ORDERED** and **SIGNED** this \_\_\_ day of _____, 2024.

_____
**The Honorable James Wesley Hendrix**
United States District Judge
Northern District of Texas