UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

    Plaintiff,

v.

MERRICK GARLAND, in his official capacity as Attorney General, et al.,

    Defendants.

No. 5:23-CV-034-H

### ORDER GRANTING TEXAS'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Before the Court is the State of Texas's Unopposed Motion to Substitute Co-Counsel. Dkt. No. 102. The Court grants the motion. Susanna Dokupil is substituted as co-counsel for Texas. Kathleen Hunker is relieved of her obligations and duties to this Court as counsel for Texas in this case.

So ordered on January 9, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

1