## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | |
| *Plaintiff*, | |
| v. | Civil Action No. 5:23-CV-34-H |
| MERRICK GARLAND; UNITED STATES DEPARTMENT OF JUSTICE; CHARLOTTE A. BURROWS; JOCELYN SAMUELS; KEITH E. SONDERLING; ANDREA R. LUCAS; CHRISTOPHER W. LAGE; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; ALEJANDRO MAYORKAS; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TAE D. JOHNSON; UNITED STATES IMMIGRATIONS AND CUSTOMS ENFORCEMENT; PETER E. MINA; OFFICE FOR CIVIL LIBERTIES; DEANNE CRISWELL; FEDERAL EMERGENCY MANAGEMENT AGENCY; and JOSEPH R. BIDEN, JR., | |
| *Defendants*. | |

## MOTION TO WITHDRAW FOR ATTORNEY
## KAITLYN D. SCHIRALDI

*Amici Curiae* Ten Members of Congress ("Ten Members") file this Motion to Withdraw Kaitlyn D. Schiraldi as their attorney in this matter.

Kaitlyn D. Schiraldi has left Mountain States Legal Foundation, and Ten Members respectfully request that she be withdrawn as its counsel. Per instructions from the Clerk of the Court, amicus parties need not confer with the parties before withdrawing as counsel of record, but to file the Withdrawal as a formality and courtesy to the court notifying all parties Ms. Schiraldi will be removed from all future ECF notifications.

Ten Members will continue to be represented by co-counsel, William E. Trachman, listed below.  This withdrawal will not delay any proceedings.

DATED this 17th day of January 2024.

Respectfully submitted,

*/s/ Kaitlyn D. Schiraldi* (with permission)
Kaitlyn D. Schiraldi* (TN Bar No. 039737)
New Civil Liberties Alliance
1225 19th Street NW, Suite 450
Washington, DC 20036
Phone: 202-869-5210
Email: kaitlyn.schiraldi@ncla.legal

*/s/ William E. Trachman*
William E. Trachman* (CO Bar No. 45684)
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021
Fax: (877) 349-7074
wtrachman@mslegal.org

*Attorney for Amici Curiae*
*Ten Members of Congress*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2024, I electronically filed the foregoing using this Court's CM/ECF system. I certify that all participants in this case are registered CM/ECF users and service will be accomplished by this Court's CM/ECF system.

/s/ *William E. Trachman*
William E. Trachman