IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>                           *Plaintiff*,<br><br>    v.<br><br>MERRICK GARLAND; UNITED STATES DEPARTMENT OF JUSTICE; CHARLOTTE A. BURROWS; JOCELYN SAMUELS; KEITH E. SONDERLING; ANDREA R. LUCAS; CHRISTOPHER W. LAGE; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; ALEJANDRO MAYORKAS; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TAE D. JOHNSON; UNITED STATES IMMIGRATIONS AND CUSTOMS ENFORCEMENT; PETER E. MINA; OFFICE FOR CIVIL LIBERTIES; DEANNE CRISWELL; FEDERAL EMERGENCY MANAGEMENT AGENCY; and JOSEPH R. BIDEN, JR.,<br><br>                           *Defendants*. | Civil Action No. 5:23-CV-34-H |

## [PROPOSED] ORDER GRANTING TEN MEMBERS OF CONGRESS'S MOTION TO WITHDRAW KAITLYN D. SCHIRALDI

On this date, the Court considered Ten Members of Congress's Motion to Withdraw Kaitlyn D. Schiraldi. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Kaitlyn D. Schiraldi is hereby withdrawn as counsel of record and William E. Trachman is listed as lead counsel for Ten Members of Congress.

SO ORDERED and SIGNED this ____ day of _____, 2024.

_____
United States District Judge
