UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS,

     Plaintiff,

v.

MERRICK GARLAND, in his official
capacity as Attorney General, et al.,

     Defendants.

No. 5:23-CV-034-H

### ORDER GRANTING AMICI CURIAE
### TEN MEMBERS OF CONGRESS'S MOTION TO WITHDRAW COUNSEL

Before the Court is amici curiae Ten Members of Congress's motion to withdraw counsel. Dkt. No. 105. The Court grants the motion. Kaitlyn D. Schiraldi is relieved of her obligations and duties to this Court as counsel for the amici in this case. The amici will continue to be represented by William E. Trachman in this matter.

So ordered on January 18, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE