# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2024

Mr. Clayton Louis Bailey
U.S. Department of Justice
Civil Division
1100 L Street N.W.
Suite 12507
Washington, DC 20005

    No. 24-10386   State of Texas v. Garland
                        USDC No. 5:23-CV-34

Dear Counsel,

Please disregard the case caption attached to the clerk's letter dated May 07, 2024 as some of the parties were inadvertently added at case opening. Attached is a revised case caption, which should be used on all future filings in this case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Jasmine J. Forman, Deputy Clerk

cc:  Mr. Clayton Way Calvin
     Ms. Courtney Dixon
     Mr. Robert E. Henneke
     Ms. Kateland R. Jackson
     Mr. Matthew R. Miller
     Ms. Karen S. Mitchell
     Mr. Aaron Lloyd Nielson
     Ms. Lanora Christine Pettit
     Mr. Michael S. Raab
     Mr. Ethan Quinn Szumanski
     Mr. Chance Weldon

Case No. 24-10386

State of Texas,

        Plaintiff – Appellee

v.

Merrick Garland, U.S. Attorney General, in his official capacity as United States Attorney General; Charlotte A. Burrows, in her official capacity as Chair of the U.S Equal Employment Opportunity Commission; Jocelyn Samuels, in her official capacity as Vice Chair of the U.S Equal Employment Opportunity Commission; Keith Solderling, in his official capacity as Commissioner of the U.S Equal Employment Opportunity Commission; Andrea R. Lucas, in her official capacity as Commissioner of the U.S Equal Employment Opportunity Commission; Christopher W. Lage, in his official capacity as General Counsel of the Equal Employment Opportunity Commission; Equal Employment Opportunity Commission; United States Department of Justice,

        Defendants – Appellants