# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 11, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10386   State of Texas v. Garland
                   USDC No. 5:23-CV-34

The court has granted an extension of time in part to and including November 13, 2024 for filing a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Lisa E. Ferrara*

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Kristina Alekseyeva
Mr. Clayton Louis Bailey
Mr. William P. Barr
Mr. Jacob C. Beach
Ms. Caitlin Boehne
Ms. Dana Victoria Bolger
Mr. Clayton Way Calvin
Ms. Courtney Dixon
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Ms. Elizabeth Gedmark
Ms. Katherine Greenberg
Mr. Robert E. Henneke
Ms. Kateland R. Jackson
Ms. Colleen Tracy James
Mr. Matthew R. Miller
Ms. Karen S. Mitchell
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Michael S. Raab
Mr. Justin M. Romeo
Ms. Tammy Roy
Mr. Gerard J. Sinzdak
Mr. Ethan Quinn Szumanski
Mr. Tyler Bass Talbert
Mr. Chance Weldon
Mr. Alexander Michael Wolf